IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLAUDE MCQUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:14-CV-1016-WKW |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On March 10, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 43.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   Defendants' Motion to Dismiss (Doc. # 39) is GRANTED to the extent that the motion seeks dismissal of Plaintiff's § 1983 claims against the State of Alabama and ALDOT as alleged in paragraphs 3 and 7 and the prayer for relief of the Second Amended Complaint; and

(3)   This matter is referred back to the Magistrate Judge for further proceedings.

DONE this 29th day of March, 2016.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE