# 2:14-CV-01016-DAB

Claude McQueen v. Alabama Department of Transportation, et al

# [84]  Motion for Rehearing

# is

# STRICKEN FROM THE RECORD

# and

# RETURNED to PLAINTIFF

pursuant to the directives in the

Court [85] ORDER entered on 7/11/2017